**Harry Charles LAUN, Appellant,**

v.

**Paige Renee PATTERSON, Respondent.**

**No. WD 47049.**

Missouri Court of Appeals,
Western District.

June 1, 1993.

Leslie Ann Schneider, Columbia, for appellant.

David L. Knight and Susan Ford Robertson, Knight, Ford, Wright, Atwill Parshall & Baker, Columbia, for respondent.

Before LOWENSTEIN, C.J., and SPINDEN and SMART, JJ.

## ORDER

PER CURIAM.

Appeal from an order modifying child support pursuant to a decree of dissolution.

Affirmed. Rule 84.16(b).